UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GREG E. LINDBERG,

Plaintiff,

-v-

MIKE CAUSEY et al.,

Defendant.

---------------------------------------------------------------------X

26-CV-7938 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 14, 2026, Plaintiff Greg E. Lindberg, proceeding without counsel, filed an amended complaint, *see* ECF No. 23, and a motion requesting "prior court approval of defense fees paid from assets in which plaintiff holds an economic interest," *see* ECF No. 24. In the latter motion, Plaintiff relies on the Court's equitable authority under Rule 65 of the Federal Rules of Civil Procedure. *See* ECF No. 24, at 4. Mindful of the Court's obligation to construe *pro se* filings liberally, *Chavis v. Chappius*, 618 F.3d 162, 170 (2d Cir. 2010), the Court will treat this filing as part of Plaintiff's previously filed motion for a preliminary injunction, *see* ECF No. 4, as to which the Court has reserved decision pending the opportunity for Defendants to appear and be heard, *see* ECF No. 17.

In addition to the service ordered at ECF No. 17, at 2, Plaintiff is directed to serve the amended complaint, as well as his newly filed motion papers, *see* ECF No. 24, on Defendants **no later than January 7, 2026**. As Plaintiff previously consented to electronic service, see ECF No. 3, there is no need to mail a copy of the Order to Plaintiff.

SO ORDERED.

Dated: October 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge